UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTT ALLEN WALKER                                                                                           PLAINTIFF

v.                                               No. 5:20-CV-05133

DETECTIVE TIM FAUBIS, et al.                                                                           DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 59) from Chief United States Magistrate Judge Mark E. Ford. No objections were filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motion (Doc. 26) for summary judgment and deny Plaintiff's motion (Doc. 25) for summary judgment. The report and recommendations is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 25) for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendants' motion (Doc. 26) for summary judgment is GRANTED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 22nd day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE